# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| **Plaintiff,** | Case No. 2:12-cv-100 |
| v. | **LEAD CASE** |
| **SAMSUNG ELECTRONICS AMERICA, INC., ET AL.,** | |
| **Defendants.** | |
| --- | --- |
| **NOVELPOINT SECURITY LLC,** | |
| **Plaintiff,** | Case No. 2:12-cv-107 |
| v. | **PATENT CASE** |
| **ACER AMERICA CORP.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Agreed Motion to Dismiss with Prejudice, Pursuant to Settlement, filed by Plaintiff NovelPoint Security LLC ("NovelPoint") and agreed by Acer America Corp., ("Acer"), the Court is of the opinion that such Motion should be **GRANTED**.

It is therefore **ORDERED** that NovelPoint's claims against Defendant Acer are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 9th day of October, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE